IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**,

vs.

SUNNY MANHERTZ

       Defendant.

**Criminal No.** 26-mj-1280-DLC

## GOVERNMENT'S MOTION TO UNSEAL CRIMINAL COMPLAINT

The United States of America hereby moves this Court to direct that the criminal complaint be unsealed. In support of this motion, the government states that the defendant has been arrested, and that there is no further reason to keep the criminal complaint secret.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ Lucy Sun*
      Lucy Sun
      Assistant U.S. Attorney

Date: May 19, 2026